**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUKE HARNEY,

        Plaintiff,

v.                                        Case No: 6:21-cv-452-WWB-LRH

SOUTHERN-OWNERS INSURANCE
COMPANY,

        Defendant.

_____

## ORDER

    THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal (Doc. 9), filed May 18, 2021. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** at Orlando, Florida on May 24, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record